UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SCHRODER'S COMPLETE AUTO CARE, INC., et al.,<br><br>Plaintiffs,<br><br>-v-<br><br>ACLARA SMART GRID SOLUTIONS, LLC,<br><br>Defendant. | CIVIL ACTION NO. 23 Civ. 2733 (JHR) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

A telephone conference is scheduled for **Wednesday, January 17, 2024 at 11:00 a.m.** on the Court's conference line. The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time. At the conference, the parties shall be prepared to discuss their availability, and that of their clients, for a settlement conference.

Dated:   New York, New York
         December 28, 2023

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge