UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SCHRODER'S COMPLETE AUTO CARE, INC., <u>et al.</u>,

                Plaintiffs,

-v-

ACLARA SMART GRID SOLUTIONS, LLC,

                Defendant.

CIVIL ACTION NO. 23 Civ. 2733 (JHR) (SLC)

<u>ORDER</u>

**SARAH L. CAVE,** United States Magistrate Judge.

Due to a scheduling conflict, the telephone conference scheduled for Wednesday, January 17, 2024 at 11:00 a.m. (ECF No. 15) is RESCHEDULED to **Thursday, January 18, 2024 at 10:00 a.m.** on the Court's conference line. The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time. At the conference, the parties shall be prepared to discuss their availability, and that of their clients, for a settlement conference.

Dated:      New York, New York
              January 11, 2024

                                            SO ORDERED.

                                            _____
                                            SARAH L. CAVE
                                            United States Magistrate Judge