UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SCHRODER'S COMPLETE AUTO CARE, INC., et al.,

                Plaintiffs,

-v-

ACLARA SMART GRID SOLUTIONS, LLC,

                Defendant.

CIVIL ACTION NO. 23 Civ. 2733 (JHR) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

A telephone conference is scheduled for **Monday, April 1, 2024 at 10:00 a.m.** on the Court's conference line. The parties are directed to call: (646) 453-4442; access code: 554-770-208, at the scheduled time.

Dated:      New York, New York
             January 18, 2024

                                  SO ORDERED.

                                  _____
                                  SARAH L. CAVE
                                  United States Magistrate Judge