UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SCHRODER'S COMPLETE AUTO CARE, INC., et al., <br><br> Plaintiffs, <br><br> -v- <br><br> ACLARA SMART GRID SOLUTIONS, LLC, <br><br> Defendant. | CIVIL ACTION NO. 23 Civ. 2733 (JHR) (SLC) <br><br> **ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

As discussed at the telephonic status conference held today, April 1, 2024, the settlement conference scheduled for **Thursday, April 25, 2024 at 10:00 a.m.** (ECF No. 19) is CONVERTED to a counsel-only telephone conference (the "Conference"). The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time. At the Conference, the parties shall be prepared to discuss their availability, and that of their clients, for a settlement conference.

Dated:   New York, New York
         April 1, 2024

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge