

**101 Avenue of the Americas, 8th & 9th Floors**
New York, NY 10013
Tel: 212.308.0070 | Fax: 973.635.6363
acllp.com

SAMUEL B. SANTO, JR.
*Partner*
Direct: 973.457.0258
ssanto@acllp.com

<u>Via ECF</u>   May 22, 2024

Honorable Sarah L. Cave
United States District Court
Southern District of New York
500 Pearl Street Room 18A
New York, New York 10007

> The parties' letter-motion requesting an adjournment of the settlement conference scheduled for June 18, 2024 at 10:00 a.m. (ECF No. 28) is GRANTED, and the settlement conference is ADJOURNED to **Tuesday, July 30, 2024 at 10:00 a.m.** All other terms of the Court's Settlement Conference Scheduling Order dated April 25, 2024 (ECF No. 26) remain in effect.
>
> The Clerk of Court is respectfully directed to set this conference as a settlement conference even though it will take place remotely and to close ECF No. 28.
>
> SO ORDERED    5/22/24
>
> *[signature]*
> SARAH L. CAVE
> United States Magistrate Judge

Re: **Schroder's Complete Auto Care, Inc., et al. v. Aclara Smart Grid Solutions, LLC - Docket No. 23-CV-02733 (JHR)**

Dear Judge Cave:

This firm represents defendant Aclara Smart Grid Solutions, LLC in the above-referenced matter. We have conferred, however, with counsel for Plaintiffs, James Randazzo, Esq., and this letter is submitted *with consent* as a joint request on behalf of both Plaintiffs and Defendant.

In short, and for the reasons addressed below and pursuant to Par. 9(a) of the Standing Order Applicable to Settlement Conferences Before Magistrate Judge Cave (the "Standing Order"), the parties are requesting to reschedule the Settlement Conference, currently scheduled for June 18, 2024, to sometime between July 15th and shortly after the current end of fact discovery, July 26, 2024.

To date the bulk of paper discovery has been completed, with Defendant having produced approximately 10,000 pages of documents, and Plaintiffs having produced approximately 2,000 pages. 30(b)(6) depositions of each of the four (4) Plaintiffs are scheduled to occur in late